USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VITOL, INC.,

                Petitioner,

- against -

COPAPE PRODUCTOS DE PETRÓLEO LTDA,

                Respondent.

---

22-mc-335 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Petitioner's request to file a new case under seal is DENIED. Petitioner may file the original documents and exhibits under seal but must also file public redacted versions of the relevant documents and filings, removing any materials that are genuinely confidential material.

**SO ORDERED.**

Dated:    30 November 2022
            New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.